UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,   CASE NUMBER: 1:21CR00330-005 (JSR)

    Plaintiff,

vs.

JUAN MATOS RUIZ,

    Defendant.
_____/

### DEFENDANT JUAN MATOS RUIZ'S MOTION FOR DOWNWARD VARIANCE

    Defendant JUAN MATOS RUIZ (hereinafter "Mr. Ruiz"), by and through his undersigned counsel, files this Motion for Downward Variance in the above styled cause pursuant to Title 18, United States Code, Section 3553.

    Mr. Ruiz respectfully requests that this Honorable Court sentence him below the advisory guidelines range based on his history and characteristics, [REDACTED] as well as family circumstances, and the need to avoid unwarranted sentencing disparity.

    WHEREFORE, Defendant JUAN MATOS RUIZ respectfully requests that this Honorable Court grant the instant motion and sentence him below the advisory guidelines range.

    Respectfully submitted,

LEHR LEVI & MENDEZ, P.A.
Attorneys for Mr. Ruiz
1401 Brickell Avenue, Suite 910
Miami, Florida 33131
Tel: (305) 377-1777
Fax: (305) 377-0087

BY /s/ Sherleen M. Mendez
    SHERLEEN M. MENDEZ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Sherleen M. Mendez
SHERLEEN M. MENDEZ