## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,          CASE NUMBER: 1:21CR00330-005 (JSR)

      Plaintiff,

vs.

JUAN MATOS RUIZ,

      Defendant.

_____/

### ORDER ON DEFENDANT JUAN MATOS RUIZ'S
### UNOPPOSED MOTION FOR RETURN OF PASSPORT

THIS CAUSE having come before this Court on Defendant's Unopposed Motion for Return of Passport in this cause, and being fully advised in the premises herein, it is hereby ORDERED AND ADJUDGED that said Motion shall be and is hereby GRANTED.

The Defendant's Venezuelan passport, currently being held by Pre-Trial Services, shall be returned to U.S. Immigration and Customs Enforcement Officer Matthew L. Bavuso, Broward Transitional Center, 3900 North Powerline Road, Pompano Beach, Florida 33073, without delay.

DONE AND ORDERED in New York, New York on this 25th day of May, 2022.

_____
JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

cc:  all counsel of record